

FILED
November 12, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By:      BW
                Deputy

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

6:24-cr-00244

| UNITED STATES OF AMERICA | INDICTMENT |
|---|---|
| Plaintiff | [COUNT ONE: 18 U.S.C. 1014 – False Statement on Loan and Credit Application; COUNT TWO: 18 U.S.C. 1028(a)(7) & (b)(2) -- Unlawful Possession of a Means of Identification; COUNT THREE: 18 U.S.C. 641 – Theft of Government Property] |
| v | |
| (1) AISHA JACKSON | |
| Defendant | |

THE GRAND JURY CHARGES:

### COUNT ONE
### [18 U.S.C. 1014]

On or about March 10, 2021, in the Western District of Texas, the Defendant,

**AISHA JACKSON,**

did knowingly make a material false statement and report, for the purpose of influencing the action of the Cross River Bank, a financial institution whose accounts are insured by the Federal Deposit Insurance Corporation, in connection with an application for a loan from said financial institution, in violation of Title 18, United States Code, Section 1014.

### COUNT TWO
### [18 U.S.C. 1028(a)(7) & (b)(2)

On or about January 22, 2021, in the Western District of Texas, the Defendant,

**AISHA JACKSON,**

did knowingly transfer, possess, and use in and affecting interstate and foreign commerce, without lawful authority, a means of identification of another person, to-wit: the social security number of another person, with the intent to commit and in connection with an unlawful activity that constitutes a violation under the laws of the State of Texas, to-wit: Fraudulent Use of Identifying Information,

Texas Penal Code, §32.51, and as a result of the offense obtained a thing of value aggregating $1,000 or more during any one year period, all in violation of Title 18, United States Code, Sections 1028(a)(7) and 1028(b)(2).

### COUNT THREE
### [18 U.S.C. 641]

On or about March 24, 2021, in the Western District of Texas, the Defendant,

**AISHA JACKSON**,

did knowingly embezzle, steal, purloin or knowingly convert to her use, property of the Small Business Administration, a department or agency of the United States, and the value of such property in the aggregate amount exceeds $1,000, in violation of Title 18, United States Code, Section 641.

A TRUE BILL

FOREPERSON

JAIME ESPARZA
UNITED STATES ATTORNEY

By: 
GREGORY S. GLOFF
Assistant United States Attorney